**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CLYDE E. LEONARD, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PEACHCAP TAX & ADVISORY, LLC, DAVID HARRISON MILLER, and ERIC STEVEN BURNETTE, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:21-cv-2164-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 3rd day of February, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: ___s/Jill Ayers_____
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 3, 2022
Kevin P. Weimer
Clerk of Court

By: ___s/Jill Ayers_____
    Deputy Clerk